UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on April 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Caption in Compliance with D.N.J. LBR 9004-1(b)
MARTONE & UHLMANN,
A PROFESSIONAL CORPORATION
777 PASSAIC AVE STE 535
CLIFTON, NJ 07012
(973) 473-3000
bky@martonelaw.com
Attorneys for Secured Creditor/Servicing Agent
PNC BANK, NATIONAL ASSOCIATION
36.7310

In re:

Mark McFadden and Jacqueline E. McFadden

Case No.:      18-28815

Chapter:      13

Hearing Date:   April 13, 2022

Judge:  Hon. Michael B. Kaplan

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY AS TO REAL
PROPERTY KNOWN AS 7 HARTMAN DRIVE, HAMILTON, NJ 08690**
(REAL PROPERTY)

The relief set forth on the following pages numbered two through two is hereby

ORDERED

**DATED: April 28, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor:                  Mark McFadden and Jacqueline E. McFadden
Case No.:                18-28815
Caption of Order:        CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY
                         AS TO REAL PROPERTY KNOWN AS 7 HARTMAN DRIVE,
                         HAMILTON, NJ 08690

This matter being opened to the Court by MARTONE & UHLMANN, P.C., attorneys for the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, upon the filing of Motion for an Order Vacating Stay with regards to the property located at 7 HARTMAN DRIVE, HAMILTON, NJ 08690, in a Chapter 13 case for failure of the Debtor to make payments outside of the plan for a period of at least 45 consecutive days last past and due notice of said Motion and the supporting Certification having been given by mail to the Chapter 13 Standing Trustee, the Debtor and the attorney for the Debtor, and for good cause shown, it is

1. ORDERED that the Debtor shall cure arrears due to the Secured Creditor/Servicing Agent in the amount of $12,369.54.

    a. Said total consists of post-petition payments for the months of November 1, 2021 through December 1, 2021 in the amount of $2,924.98 each for a total of $5,849.96

    b. Monthly Payments for January 1, 2022 through March 1, 2022 in the amount of $2,967.43 each for a total due of $8,902.29.

    c. Attorney fees and costs in the amount of 538.00 for filing the Motion for Relief with the Courts.

    d. Minus a suspense balance of $2,920.71

    e. Payment shall be made payable to PNC BANK, NATIONAL ASSOCIATION, and sent directly to Secured Creditor at the address below:

    PNC BANK, NATIONAL ASSOCIATION
    3232 NEWMARK DRIVE,
    MIAMISBURG, OH 45342

2. ORDERED that commencing April 1, 2022, the Debtor shall remit the regular monthly mortgage payment in the amount of $2,967.43, to the Secured Creditor at the Address above.

3. ORDERED that beginning April 1, 2022, Debtors shall remit an additional payment of $2,061.59, in four (6) monthly payments through September 1, 2022 to cure the arrears through March 1, 2022.

4. ORDERED that the total monthly payment from April 1, 2022 through September 1, 2022 in the amount of $5,029.02 be paid to PNC Bank, National Association at the above address.

(Page 3)
Debtor:                    Mark McFadden and Jacqueline E. McFadden
Case No.:                  18-28815
Caption of Order:          CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY
                           AS TO REAL PROPERTY KNOWN AS 7 HARTMAN DRIVE, HAMILTON, NJ
                           08690

5.  ORDERED that if the Debtor should default and fail to make any of the aforesaid
    payments on the due date or any future payments outside of the plan to the secured
    creditor, for more than **fifteen (15)** days from the due date, then this Court will enter an
    Order Vacating the Automatic Stay of the Bankruptcy Code with respect to the Secured
    Creditor's lien, upon Certification by the Secured Creditor's attorney as to the non-receipt
    of said payment.  Said Order will not require the consent of the Debtor regarding form or
    substance, but a copy of the Order will be transmitted to the Debtor via ordinary mail and
    to the Debtor's attorney via e-mail at the time of the transmittal of said Order to the Court
    for signature; and it is further

6.  ORDERED that the 14-day stay under Rule 4001(a)(3) is hereby waived by Debtor.

7.  ORDERED that the movant shall serve a filed copy of this Order on the Debtor via regular
    mail.  The Debtor's attorney and Chapter 13 Trustee will be served electronically via the
    U.S. Bankruptcy Court's CM/ECF system.

*The undersigned hereby consent to the
form and entry of the within Order:*

**Law Firm of Brian W. Hofmeister, LLC**
*Attorneys for Debtor*

By:
Brian W. Hofmeister, Esq.
Dated: 4/18/22

**Martone & Uhlmann, P.C.**
*Attorneys for Secured Creditor*

By:
Dennis P. Uhlmann, Jr. Esq.

Dated: 4/19/2022