| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MARTONE & UHLMANN, P.C.<br>777 PASSAIC AVENUE, SUITE 535<br>CLIFTON, NJ 07012<br>(973) 473-3000<br>BKY@MARTONELAW.COM<br>ATTORNEYS FOR SECURED<br>CREDITOR/SERVICING AGENT<br>PNC BANK, NATIONAL ASSOCIATION<br>36.7310<br><br>In re:<br><br>Mark McFadden and Jacqueline E McFadden | Order Filed on February 6, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 18-28815<br><br>Judge:  Hon. Michael B. Kaplan<br><br>Chapter 13 |

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: February 6, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor:            Mark McFadden and Jacqueline E McFadden
Case No.:          18-28815
Caption of Order:  Order Vacating Stay as to Real Property
_____

      Upon review of the Secured Creditor's, PNC BANK, NATIONAL ASSOCIATION, application for an Order Vacating Stay based upon Debtor's breach of the Terms of the Consent Order dated April 28, 2022, under Bankruptcy Code Section 362(a), and Secured Creditor's Certification of Default and Certification regarding Default of Post-Petition Payments, for relief from the automatic stay as to certain Real Property as hereinafter set forth, and for cause shown, it is

      1.    ORDERED that the automatic stay is vacated to permit the movant or its assignees to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following Real Property more fully described as 7 HARTMAN DRIVE, HAMILTON, NJ 08690; and

      2.    It is further ORDERED that the movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

      3.    It is further ORDERED that the 14-day stay under Rule 4001(a)(3) is hereby waived by Debtor.

      4.    The movant shall serve a filed copy of this Order on the Debtor via regular mail.  The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.